IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES R. BARGER, JR.,<br><br>    Defendant. | 8:20CR95<br><br>FINAL ORDER OF FORFEITURE MONEY JUDGMENT |

  This matter is before the Court on the government's Motion for Final Order of Forfeiture Money Judgment (Filing No. 43) in the amount of $150,000. The Court has reviewed the record in this case and finds as follows:

  1. On August 7, 2020, the Court entered a Preliminary Order of Forfeiture Money Judgment (Filing No. 37), *see* 18 U.S.C. § 2461; 21 U.S.C. § 853(a), based on defendant James R. Barger, Jr.'s ("Barger") pleading guilty to Count I of the Information (Filing No. 12) and admitting the Forfeiture Allegation.

  2. By way of Barger's admission and the Preliminary Order of Forfeiture Money Judgment, the government's motion for Final Order of Forfeiture Money Judgment should be granted.

  IT IS ORDERED:
1. The government's Motion for Order of Forfeiture Money Judgment (Filing No. 43) is granted.
2. Defendant James R. Barger, Jr. is liable for a forfeiture money judgment in the amount of $150,000.
3. The forfeiture money judgment is final.

Dated this 17th day of August 2020.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                United States District Judge